[Nos. 48558-3-II; 48565-6-II.   Division Two.   March 28, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. VAN DAMME ALEX BUTH, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 14-1-04071-9, Kitty-Ann van Doorninck, J., entered January 22, 2016. *Affirmed* by unpublished opinion per Maxa, A.C.J., concurred in by Worswick and Sutton, JJ.

[No. 48633-4-II.   Division Two.   March 28, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT MICHAEL BELL, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 14-1-00166-4, Christopher Melly, J., entered February 23, 2016. *Dismissed* by unpublished opinion per Worswick, J., concurred in by Maxa, A.C.J., and Sutton, JJ.

[No. 48645-8-II.   Division Two.   March 28, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSE ALLEN EISENHOWER, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 15-1-00272-3, Christopher Melly, J., entered February 23, 2016. *Reversed* and *remanded with instructions* by unpublished opinion per Sutton, J., concurred in by Maxa, A.C.J., and Worswick, J.

[No. 33777-4-III.   Division Three.   March 28, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN PALACIOS-FARIAS ET AL., *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 14-8-00794-0, Douglas L. Federspiel, J., entered September 22, 2015. *Affirmed* by unpublished opinion per Pennell, J., concurred in by Lawrence-Berrey, A.C.J., and Siddoway, J.